UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NY
-------------------------------------------------------------x
THE UNITED STATES OF AMERICA

                                                                           NOTICE OF APPEARANCE
                                                                           Dkt. No. 07-M-1772

   -against-

JORGE GONZALEZ

                Defendant
-----------------------------------------------------------------x

SIR:

     **PLEASE TAKE NOTICE**, That CHARLES S. HOCHBAUM,ESQ. does hereby note his appearance in the above entitled action as the attorney for the defendant JORGE GONZALEZ and demands that all copies of papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: Brooklyn, New York
       November 20, 2007

                                                                                   Yours, etc.

                                                           CHARLES S.HOCHBAUM, ESQ.
                                                           ATTORNEY FOR DEFENDANT
                                                           ATTY # 3230
                                                           16 Court Street
                                                           Brooklyn, NY 11241
                                                           (718) 855-4800