AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern District             DISTRICT OF             New York

## APPEARANCE

Case Number: 07-mj-01772

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jorge Gonzalez

I certify that I am admitted to practice in this court.

3/24/08
Date

*Deveraux L. Cannick* (signature)
Signature

Deveraux L. Cannick                 1507
Print Name                          Bar Number

69-06 Grand Avenue
Address

Maspeth          NY          11378
City             State       Zip Code

(718) 426-0444         (718) 803-9764
Phone Number           Fax Number